■ In the Matter of SARAH I. STADDEN, Respondent, against HAMILTON MACAULEY et al., Constituting the Board of Zoning Appeals of the Incorporated Village of Massapequa Park, Appellants.— Proceeding to review a determination of the Board of Zoning Appeals of the Incorporated Village of Massapequa Park, which denied an application for a variance for the erection of a one-family dwelling on a plot insufficient in area according to the building zone ordinance. The appeal is from an order of the Special Term annulling the determination and directing that the variance be granted. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Arbitration between NORMAN ZUKOWSKY, as General Secretary-Treasurer of International Leather Goods, Plastics & Novelty Workers' Union, AFL-CIO, New York Joint Board, Respondent, and CHEMICAL FABRICS CO., DIVISION OF HARTE & CO., INC., Appellant.— In an arbitration proceeding, the appeal is from an order (1) granting respondent's motion, pursuant to section 1461 of the Civil Practice Act, to confirm an award of arbitrators, (2) denying appellant's cross motion to vacate said award, and (3) directing that the order be entered as a judgment. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.